125 A.3d 773

**Justin Meredith CORLISS, Petitioner**

v.

**Donna ASURE, Respondent.**

**No. 139 MM 2015.**

Supreme Court of Pennsylvania.

Nov. 17, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for a Hearing are **DENIED.**

125 A.3d 773

**Vamsidhar VURIMINDI, Petitioner**

v.

**CLERK OF the COURT, COMMON PLEAS COURT, PHILADELPHIA, Respondent.**

**No. 119 EM 2015.**

Supreme Court of Pennsylvania.

Nov. 17, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**